UNITED STATES DISTRICT COURT
FOR THE Eastern District of Pennsylvania

IN RE: ASBESTOS PRODUCTS : MDL 875
    LIABILITY LITIGATION :
    ALL ACTIONS :
    (See attached schedule for case list) :

## TRANSFER ORDER NO. 248

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL–875 cases from District Courts for the Districts of Connecticut, Louisiana Middle, Mississippi Southern, North Carolina Middle, North Carolina Western, New York Eastern, New York Southern, South Carolina and Texas Southern, the Transferor Courts, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

BY THE COURT

s/JAMES T. GILES
JAMES T. GILES, J.

Date: 8-11-08

DOCUMENT SCANNED

| DATE | PA E.D. # | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DIST./DIV. |
|---|---|---|---|---|
| 8/11/2008 | 87142 | 08-00938 | Barlow, William | CONNECTICUT - 3 |
| 8/11/2008 | 87143 | 08-00084 | Kluka, Leatha | LOUISIANA MIDDLE - 3 |
| 8/11/2008 | 87144 | 08-00326 | Hornbeck, Keith A. | LOUISIANA MIDDLE - 3 |
| 8/11/2008 | 87145 | 07-01170 | Varnadore, Helen G. | MISSISSIPPI SOUTHERN -1 |
| 8/11/2008 | 87146 | 08-00382 | Leonard, Michael Leroy | NORTH CAROLINA MIDDLE - 1 |
| 8/11/2008 | 87147 | 08-00404 | Ritchie, Virginia Earnhardt | NORTH CAROLINA MIDDLE - 1 |
| 8/11/2008 | 87148 | 08-00410 | Allman, Everette L., Jr. | NORTH CAROLINA MIDDLE - 1 |
| 8/11/2008 | 87149 | 08-00426 | Edwards, Jean Freeman | NORTH CAROLINA MIDDLE - 1 |
| 8/11/2008 | 87150 | 08-00427 | Brodie, Willard A., Jr. | NORTH CAROLINA MIDDLE - 1 |
| 8/11/2008 | 87151 | 08-00428 | Talbott, Roy C. | NORTH CAROLINA MIDDLE - 1 |
| 8/11/2008 | 87152 | 08-00429 | Garmon, John Franklin | NORTH CAROLINA MIDDLE - 1 |
| 8/11/2008 | 87153 | 08-00238 | Earnhardt, James Wilson | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87154 | 08-00239 | Elders, James Robert Jr. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87155 | 08-00242 | Hamm, Gregory Alan | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87156 | 08-00243 | Harkey, Benny T., Jr. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87157 | 08-00244 | Hinson, Barry Steven | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87158 | 08-00245 | Kreiger, Aloysius J., Jr. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87159 | 08-00246 | Leeper, George F. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87160 | 08-00247 | Michael, Randall W. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87161 | 08-00248 | Moore, Michael David | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87162 | 08-00249 | Moore, William Earl | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87163 | 08-00250 | Piercy, Jerry Paul | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87164 | 08-00251 | Shelton, Randal Franklin | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87165 | 08-00253 | Stancil, James Ervin | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87166 | 08-00254 | Thomas, Gary Lynn | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87167 | 08-00257 | Norville, Donna Executor for the Estate of Richard Zeno Smith, Deceased | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87168 | 08-00258 | Brown, Jerry Cecil | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87169 | 08-00259 | Dalton, Jerry Dean | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87170 | 08-00260 | Douthit, Larry R. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87171 | 08-00261 | Holland, Lawton Dayle | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87172 | 08-00263 | Hollande, Thomas Jesse | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87173 | 08-00264 | Lovelace, Billy Eugene | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87174 | 08-00265 | Howard, James Junior | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87175 | 08-00266 | Sellers, Donald Edward | NORTH CAROLINA WESTERN - 1 |

| Date | ID | Case No. | Name | Jurisdiction |
|---|---|---|---|---|
| 8/11/2008 | 87176 | 08-00267 | Smith, Gary Lee | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87177 | 08-00270 | Davidson, Clyde Jr. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87178 | 08-00271 | Bright, James Jr. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87179 | 08-00272 | Harmon, Dennis C., Sr. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87180 | 08-00273 | Holcomb, Charles J. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87181 | 08-00275 | Carpenter, John W. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87182 | 08-00276 | Koone, Joseph Woodrow | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87183 | 08-00277 | Welch, Monty P. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87184 | 08-00278 | Wilkinson, Charles Y. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87185 | 08-00279 | Black, Johnny Moore | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87186 | 08-00280 | Clayton, Winford Giles, Jr. | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87187 | 08-00281 | Colvin, Jimmy Lee | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87188 | 08-00282 | Correll, Ray Von | NORTH CAROLINA WESTERN - 1 |
| 8/11/2008 | 87189 | 08-02211 | Haynes, Litha as Administratix for the Estate of Jake Caraway | NEW YORK EASTERN - 1 |
| 8/11/2008 | 87190 | 08-02307 | Speir, Leslie G. | NEW YORK EASTERN - 1 |
| 8/11/2008 | 87191 | 08-02383 | Trapani, Michael | NEW YORK EASTERN - 1 |
| 8/11/2008 | 87192 | 06-00862 | Simini, Anthony J. | NEW YORK EASTERN - 1 |
| 8/11/2008 | 87193 | 08-02104 | Covington, Randall C. | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87194 | 08-02105 | McCoy, Joan Personal Representative for the Estate of Charles M. McCoy, Deceased | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87195 | 08-02106 | Morgan, Dennis R. | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87196 | 08-02109 | Ramsey, John Clawson | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87197 | 08-02239 | Rollins, James A., Jr. | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87198 | 08-02316 | Allen, Bobby Gene | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87199 | 08-02458 | Johnson, James T. | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87200 | 08-02460 | Odom, John Robert | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87201 | 08-02462 | Starr, Willie Hue | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87202 | 08-02470 | Stewart, Steven F. | SOUTH CAROLINA - 0 |
| 8/11/2008 | 87203 | 08-02426 | Vawter, John W. | SOUTH CAROLINA - 3 |
| 8/11/2008 | 87204 | 08-02108 | Parker, Lee Homer | SOUTH CAROLINA - 7 |
| 8/11/2008 | 87205 | 08-02244 | Wilson, Boyce Lamar | SOUTH CAROLINA - 7 |
| 8/11/2008 | 87206 | 08-02237 | Ball, Freddie Alton | SOUTH CAROLINA - 8 |
| 8/11/2008 | 87207 | 08-02238 | Rogers, Michael Charles | SOUTH CAROLINA - 8 |
| 8/11/2008 | 87208 | 08-02240 | Shirley, Donnie Ray | SOUTH CAROLINA - 8 |

| Date | ID | Name | Institution |
|---|---|---|---|
| 8/11/2008 | 87209 | 08-02305 | Locklear, Lacy Gene | SOUTH CAROLINA - 8 |
| 8/11/2008 | 87210 | 08-02307 | Gibby, Carl Jackson | SOUTH CAROLINA - 8 |
| 8/11/2008 | 87211 | 08-02310 | Marcengill, Larry Carroll | SOUTH CAROLINA - 8 |
| 8/11/2008 | 87212 | 08-02314 | Murphy, Alton M. | SOUTH CAROLINA - 8 |
| 8/11/2008 | 87213 | 08-02315 | Wald, James Ray | SOUTH CAROLINA - 8 |
| 8/11/2008 | 87214 | 08-01303 | Apodaca, Jose E. | TEXAS SOUTHERN - 4 |